IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BARBARA WILLIS,

    Petitioner,

v.                                          CASE NO. 5:04-cv-400-RH-AK

BUREAU OF PRISONS,

    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

By prior Order, the Court granted Petitioner additional time to file an amended petition for a writ of habeas corpus and either to provide proof that she had previously submitted the filing, to pay the filing fee, or to file a motion for IFP. Doc. 5. To date, Petitioner has taken no action towards complying with the Court's directive.

The relief sought by Petitioner in this § 2241 proceeding was a recalculation of good time credits so that she could be released earlier. Under usual circumstances when a petitioner fails to follow a court order, the Court issues a show cause order. However, Petitioner was released on March 11, 2005, *see* http://www.bop.gov/iloc2/LocateInmate.jsp, and has not provided the Court with a forwarding address. Because Petitioner has already been released from custody, she has achieved what she sought in the instant petition. She is not entitled to any further relief, and therefore, there is no longer a live case or controversy in this matter.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be

**DISMISSED WITHOUT PREJUDICE**.

**IN CHAMBERS** at Gainesville, Florida, this __**5th**__ day of April, 2005.


s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**