IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BARBARA WILLIS,

    Petitioner,

vs.                                                    CASE NO.: 5:04cv400-SPM/AK

BUREAU OF PRISONS,

    Respondent.

_____/

## **ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 6) dated April 5, 2005. Petitioner has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed as moot. The dismissal is without prejudice to Petitioner's opportunity to file a new petition if she is returned to the custody of the

Bureau of Prisons.

DONE AND ORDERED this 25th day of May, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 5:04cv400-SPM/AK